SERGENIAN LAW
a Professional Corporation

David A. Sergenian, SBN 230174
david@sergenianlaw.com
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (213) 435-2035

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| STEVEN OVED and SAMANTHA GLADSTEIN, as Co-Trustees of THE JACK AVID LIFE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. KRUPIN, an individual; and KRUPIN PARTNERS INSURANCE SERVICES, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:26–cv–12016<br><br>**PLAINTIFFS' DISCLOSURE STATEMENT**<br>(Fed. R. Civ. P. 7.1(a)(2)) |

SERGENIAN LAW
a Professional Corporation

SERGENIAN LAW
a Professional Corporation

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiffs Steven Oved and Samantha Gladstein, as co-trustees of the Jack Avid Life Trust, state as follows:

1. This action is brought in this Court on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a).

2. Plaintiffs are the co-trustees of the Jack Avid Life Trust, an irrevocable trust established under Florida law by trust agreement dated August 28, 2023 (the "Trust"). Plaintiffs sue in their representative capacities as trustees, in their own names. The citizenship attributed to each Plaintiff for purposes of 28 U.S.C. § 1332 is therefore that Plaintiff's own citizenship. *See Americold Realty Trust v. ConAgra Foods, Inc.*, 577 U.S. 378, 382–84 (2016); *Demarest v. HSBC Bank USA, N.A.*, 920 F.3d 1223, 1228 (9th Cir. 2019).

3. Plaintiff Steven Oved is an individual domiciled in, and a citizen of, the State of New York.

4. Plaintiff Samantha Gladstein is an individual domiciled in, and a citizen of, the State of New Jersey.

5. Plaintiffs will promptly file a supplemental statement if any information required by Rule 7.1 changes. Fed. R. Civ. P. 7.1(b)(2).

October 14, 2026

SERGENIAN LAW
a Professional Corporation

By: */s/ David A. Sergenian*
David A. Sergenian

Counsel for Plaintiffs