| | |
|---|---|
| *Attorney or Party without Attorney:*<br>David A. Sergenian (SBN 230174)<br>Sergenian Law, a Professional Corporation<br>808 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90401<br>*Telephone No:* (213) 435-2035<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* OVED | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION | |
| *Plaintiff:* STEVEN OVED and SAMANTHA GLADSTEIN, as Co-Trustees of the JACK AVID LIFE TRUST<br>*Defendant:* MICHAEL J. KRUPIN, an individual., et al | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:26-cv-12016SPG(AJRx) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiffs' Disclosure Statement; Notice of Assignment to United States Judges; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice To Parties Of Court−Directed Adr Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. *a. Party served:* Krupin Partners Insurance Services, LLC
   *b. Person served:* Jazmine Lee, Authorized to Accept for Corporate Creations Network Inc., Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 7801 Folsom Boulevard Suite 202, Sacramento, CA 95826

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Nov 10 2026 (2) at: 03:11 PM

6. ***Person Who Served Papers:***
   a. Tori Williams (2025-018)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111
   **d.** ***The Fee** for Service was:* $181.24

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

11/11/2026
*(Date)*

*(Signature)*