*Attorney or Party without Attorney:*
David A. Sergenian (SBN 230174)
david@sergenianlaw.com
Sergenian Law, a Professional Corporation
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
*Telephone No:* (213) 435-2035
*Attorney For:* Plaintiff

*Ref. No. or File No.:* OVED

***For Court Use Only***

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

*Plaintiff:* STEVEN OVED and SAMANTHA GLADSTEIN, as Co-Trustees of the JACK AVID LIFE TRUST
*Defendant:* MICHAEL J. KRUPIN, an individual; et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:26-cv-12016-SPG-AJR |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Plaintiffs' Disclosure Statement; Notice of Assignment to United States Judges; Notice To Parties Of Court−Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. *a. Party served:* MICHAEL J. KRUPIN, an individual
   *b. Person served:* Party in item 3.a.

4. *Address where the party was served:* 9701 Wilshire Boulevard Suite 630, Beverly Hills, CA 90212

5. *I served the party:*
   a. **by substituted service.** On: Tue, Nov 24 2026 at: 10:52 AM by leaving the copies with or in the presence of: Maria "Doe", Employee, Person Apparently in Charge, Served Under F.R.C.P. Rule 4. (Caucasian, Female, Height: 5'6", Weight: 140 lbs., Hair: Brown, Eyes: Brown, Age: 60-65)

   (1) [ ] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [X] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

<table>
<tr><td colspan="4">Attorney or Party without Attorney:<br>David A. Sergenian (SBN 230174)<br>Sergenian Law, a Professional Corporation<br>808 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90401<br>Telephone No: (213) 435-2035<br>Attorney For: Plaintiff</td><td>Ref. No. or File No.:<br>OVED</td><td rowspan="3">For Court Use Only</td></tr>
<tr><td colspan="5">Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION</td></tr>
<tr><td colspan="5">Plaintiff: STEVEN OVED and SAMANTHA GLADSTEIN, as Co-Trustees of the JACK AVID LIFE TRUST<br>Defendant: MICHAEL J. KRUPIN, an individual; et al.</td></tr>
<tr><td>PROOF OF SERVICE</td><td>Hearing Date:</td><td>Time:</td><td colspan="2">Dept/Div:</td><td>Case Number:<br>2:26-cv-12016-SPG-AJR</td></tr>
</table>

6. ***Person Who Served Papers:***
   a. Javier Sanchez (2014115318, Los Angeles)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** ***The Fee*** *for Service was:* $133.01
   **e.** I am: A Registered California Process Server

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

11/24/2026 — *(Date)*

[signature] — *(Signature)*

<table>
<tr><td colspan="3">Attorney or Party without Attorney:<br>David A. Sergenian (SBN 230174)<br>Sergenian Law, a Professional Corporation<br>808 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90401<br>Telephone No: (213) 435-2035<br>Attorney For: Plaintiff</td><td>Ref. No. or File No.:<br>OVED</td><td rowspan="3">For Court Use Only</td></tr>
<tr><td colspan="4">Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION</td></tr>
<tr><td colspan="4">Plaintiff: STEVEN OVED and SAMANTHA GLADSTEIN, as Co-Trustees of the JACK AVID LIFE TRUST<br>Defendant: MICHAEL J. KRUPIN, an individual; et al.</td></tr>
<tr><td>PROOF OF SERVICE<br>By Mail</td><td>Hearing Date:</td><td>Time:</td><td>Dept/Div:</td><td>Case Number:<br>2:26-cv-12016SPG(AJRx)</td></tr>
</table>

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Plaintiffs' Disclosure Statement; Notice of Assignment to United States Judges; Notice To Parties Of Court−Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Tue, Nov 24, 2026
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: MICHAEL J. KRUPIN, an individual
   9701 Wilshire Boulevard, Suite 630, Beverly Hills, CA 90212

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Nov 24, 2026 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. ***Person Serving:***
   a. THOMAS TILCOCK
   **b. FIRST LEGAL**
   1517 W. Beverly Boulevard
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** ***The Fee*** *for Service was:*
   **e.** I am: Not a Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

11/24/2026
(Date)

(Signature)

*Attorney or Party without Attorney:*
David A. Sergenian (SBN 230174)
Sergenian Law, a Professional Corporation
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
*Telephone No:* (213) 435-2035
*Attorney For:* Plaintiff

*Ref. No. or File No.:* OVED

***For Court Use Only***

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

*Plaintiff:* STEVEN OVED and SAMANTHA GLADSTEIN, as Co-Trustees of the JACK AVID LIFE TRUST
*Defendant:* MICHAEL J. KRUPIN, an individual; et al.

| AFFIDAVIT OF DUE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:26-cv-12016-SPG-AJR |
|---|---|---|---|---|

1. I, Javier Sanchez 2014115318, Los Angeles, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject MICHAEL J. KRUPIN, an individual as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Plaintiffs' Disclosure Statement; Notice of Assignment to United States Judges; Notice To Parties Of Court−Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

**Attempt Detail**

1) Unsuccessful Attempt by: Javier Sanchez (2014115318, Los Angeles) on: Nov 10, 2026, 11:21 am PST at 9701 Wilshire Boulevard, Suite 630, Beverly Hills, CA 90212
I was told the subject was not in the office today.

2) Unsuccessful Attempt by: Javier Sanchez (2014115318, Los Angeles) on: Nov 11, 2026, 1:24 pm PST at 9701 Wilshire Boulevard, Suite 630, Beverly Hills, CA 90212
The office is closed and the doors are locked.

3) Unsuccessful Attempt by: Javier Sanchez (2014115318, Los Angeles) on: Nov 13, 2026, 10:59 am PST at 9701 Wilshire Boulevard, Suite 630, Beverly Hills, CA 90212
The office is closed and the doors are locked.

4) Unsuccessful Attempt by: Javier Sanchez (2014115318, Los Angeles) on: Nov 19, 2026, 2:09 pm PST at 9701 Wilshire Boulevard, Suite 630, Beverly Hills, CA 90212
The office is closed and the doors are locked. No response.

5) Successful Attempt by: Javier Sanchez (2014115318, Los Angeles) on: Nov 24, 2026, 10:52 am PST at 9701 Wilshire Boulevard, Suite 630, Beverly Hills, CA 90212 received by Maria "Doe", Employee, Person Apparently in Charge
(Caucasian, Female, Height: 5'6", Weight: 140 lbs., Hair: Brown, Eyes: Brown, Age: 60-65)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>David A. Sergenian (SBN 230174)<br>Sergenian Law, a Professional Corporation<br>808 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90401<br>*Telephone No:* (213) 435-2035<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* OVED | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION | |
| *Plaintiff:* STEVEN OVED and SAMANTHA GLADSTEIN, as Co-Trustees of the JACK AVID LIFE TRUST<br>*Defendant:* MICHAEL J. KRUPIN, an individual; et al. | |

| AFFIDAVIT OF DUE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:26-cv-12016-SPG-AJR |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. ***Person Who Served Papers:***
   a. Javier Sanchez (2014115318, Los Angeles)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

**d.** ***The Fee*** *for Service was:* $133.01
**e.** I am: A Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.***

11/24/2026
*(Date)*

*(Signature)*